498

THE STATE EX REL. TRIMBLE VILLAGE, APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Trimble Village v. Indus.
Comm.* (2001), 93 Ohio St.3d 498.]

(No. 01–556—Submitted September 18, 2001—Decided October 31, 2001.)

The judgment of the court of appeals is reversed and the decision of the Industrial Commission is reinstated.

RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

*Ward, Kaps, Bainbridge, Maurer & Melvin* and *Matthew A. Weller,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Lisa R. Miller,* Assistant Attorney General, for appellant.